Constance E. Brooks (*pro hac vice*)
cbrooks@fwlaw.com
Danielle Bettencourt (WY Bar No. 8-6782)
dbettencourt@fwlaw.com
FAIRFIELD & WOODS, P.C.
1800 California Street, Suite 2600
Denver CO 80202-2645
P: (303) 894-4431 F: (303) 830-1033

Galen West (WY Bar No. 5-1453)
West Law Office, P.C.
P.O. Box 1020
Rock Springs, WY 82902
galen.west@westlawofficepc.com
P: (307) 362-3300

Counsel for Petitioner

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ROCK SPRINGS GRAZING ASSOCIATION, a Wyoming Corporation ) ) ) Petitioner, ) ) v. ) ) U.S. DEPARTMENT OF THE INTERIOR, an agency of the United States of America; *et al.* ) ) ) Respondents. ) ) | Civ. No. 2:23-0048 NDF KJR MOTION TO FILE AMENDED PETITION FOR REVIEW PURSUANT TO RULE 15(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

Petitioner the Rock Springs Grazing Association (RSGA) files this motion to amend the Petition for Relief to Enforce the Terms of the Consent Decree in *Rock Springs Grazing Association v. Salazar*, Case No. 2:11-cv-00263-NDF and Section 4 of the Wild Free-Roaming Horses and Burros Act filed with this Court on March 27, 2023. ECF No. 1. In support of this Motion, Petitioner RSGA states:

1. Events after the filing of the Petition in this matter merit a change in the claims and relief sought. The Consent Decree approved by this Court on April 4, 2013 in the matter of *Rock Springs Grazing Ass'n v. Salazar*, Civ. No. 2:11-0263 NDF; ECF Nos. 92, 92-1, expired by its own terms on April 4, 2023. The Respondent Bureau of Land Management (BLM) signed the Record of Decision and Approved Resource Management Plan Amendment for Wild Horse Management for the BLM Rock Springs and Rawlins Field Offices on May 8, 2023 (Wild Horse ROD). Based on changes in the Wild Horse ROD, RSGA withdrew its previous consent to allow wild horses to be managed on its private lands within the White Mountain Herd Management Area. These events supported the changes in the proposed Amended Petition.

2. Rule 15(a)(1) permits amendment of pleadings as a matt7er of course 21 days after the filing of a response. When the United States or a federal agency is a defendant, no responsive pleading is due until 60 days after service. The court docket for this matter shows a response is due on July 5, 2023.

3. This motion includes the Proposed Amended Petition to Enforce Rights under Section 4 of the Wild Free-Roaming Horses and Burros Act and a second document showing the new text in red line and the deletions in strikeout.

4. The U.S. Department of Justice or the Office of the U.S. Attorney for the District of Wyoming has not yet filed a notice of appearance. Counsel has contacted the Office of the U.S. Attorney to confer on June 14, 2023, even though consent is not required since this is an amended pleasing as a matter of course. No one from the U.S. Attorney's office returned the call.

WHEREFORE, RSGA asks this Court to approve the filing of the proposed amended petition in the above-captioned matter.

Respectfully submitted,

| | |
|---|---|
| /s/ Constance E. Brooks<br>Constance E. Brooks (*pro hac vice*)<br>cbrooks@fwlaw.com<br>Danielle Bettencourt (WY Bar No. 8-6782)<br>dbettencourt@fwlaw.com<br>FAIRFIELD & WOODS, P.C.<br>1800 California Street, Suite 2600<br>Denver CO 80202-2645<br>P: (303) 894-4431 F: (303) 830-1033 | Galen West (WY Bar No. 5-1453)<br>West Law Office, P.C.<br>P.O. Box 1020<br>Rock Springs, WY 82902<br>galen.west@westlawofficepc.com<br>P: (307) 362-3300 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2023 I electronically filed the foregoing Petitioner's Motion to file an Amended Petition Pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure and Proposed Order with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

/s/ Constance E. Brooks
CONSTANCE E. BROOKS
