## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ROCK SPRINGS GRAZING ASSOCIATION, <br> a Wyoming Corporation <br><br> Petitioner, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, an agency of the United States of America; *et al.* <br><br> Respondents. | Civ. No. 2:23-0048 NDF <br><br> ORDER |

Before the Court is the Petitioner's Motion to File an Amended Petition as a matter of course pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure, which was filed on June 23, 2023, along with a copy of the Proposed Amended Petition to Enforce Rights under Section 4 of the Wild Free-Roaming Horses and Burros Act and a redlined version of the proposed amended petition.

The Court GRANTS the Petitioner's motion and Petitioner shall file the Amended Petition to Enforce Rights under Section 4 of the Wild Free-Roaming Horses and Burros Act within three business days of this Order.

Respondents shall have 60 days to file a response. If no response is filed, Respondents shall have 90 days after the filing of the amended petition to file its administrative record in accordance with Local Rule 83.6(b)(2).

DATED this _____ day of June, 2023.

_____

KELLY H. RANKIN<br>
CHIEF MAGISTRATE JUDGE