UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED

2:41 pm, 7/10/23

**Margaret Botkins**
**Clerk of Court**

|  |  |
|---|---|
| ROCK SPRINGS GRAZING ASSOCIATION, a Wyoming Corporation,         Petitioner, vs. ROCK SPRINGS GRAZING ASSOCIATION, an agency of the United States of America; *et al*.         Respondents. | Civil Action No.  23-CV-48-F |

**ORDER GRANTING ADMISSION PRO HAC VICE OF WILLAIM S. EUBANKS, II AND MATTHEW R. ARNOLD AS COUNSEL FOR INTERVENOR-RESPONDENTS AMERICAN WILD HORSE CAMPAIGN, ANIMAL WELFARE INSTITUTE, WESTERN WATERSHEDS PROJECT, CAROL WALKER, KIMERLEE CURYL, AND CHAD HANSON**

**THIS MATTER** having come before the Court upon the motion of counsel for the Intervenor-Respondents American Wild Horse Campaign, Animal Welfare Institute, Western Watersheds Project, Carol Walker, Kimerlee Curyl, and Chad Hanson pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming, for the purpose of admitting William S. Eubanks II and Matthew R. Arnold as Pro Hac Vice counsel in the District of Wyoming.  The Court has reviewed this matter, and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that William S. Eubanks II and Matthew R. Arnold are hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for an on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings.  Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this 10th day of July, 2023.

_____
KELLY H. RANKIN,
UNITED STATES MAGISTRATE JUDGE